1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JOSE MENDOZA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,        )   No. CR-08-00631 JW
                                    )
13              Plaintiff,           )   **STIPULATION TO CONTINUE TRIAL
                                    )   SETTING CONFERENCE; [PROPOSED]**
   v.                               )   **ORDER**
14                                  )
   JOSE MENDOZA                     )
15                                  )
                Defendant.           )
16 _____  )

17

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the hearing date in the above-captioned matter, presently

20 scheduled on Monday, November 10, 2008 be continued to Monday, November 17, 2008 at 1:30

21 p.m.  The continuance is necessary due to the unavailability of counsel for Mr. Mendoza.

22      The parties further agree and stipulate that time should be excluded from and including

23 Monday, November 10, 2008 through and including Monday, November 17, 2008, to provide

24 counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act,

25 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree

26 that granting the requested

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and
2  defendant in a speedy trial.

4  Dated: November 7, 2008                              _____/s/_____
                                                        NICHOLAS P. HUMY
5                                                       Assistant Federal Public Defender

7  Dated: November 7, 2008                              _____/s/_____
                                                        CHAD MANDELL
8                                                       Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, November 10, 2008 will be continued to November 17, 2008 at 1:30 p.m.

IT IS FURTHER ORDERED, that the time between November 10, 2008 through and including November 17, 2008, shall be excluded to provide defense counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: ___November 7, 2008___                           _____/s/ James Ware_____
                                                        HONORABLE JAMES WARE
                                                        United States District Judge

STIPULATION TO CONTINUE TRIAL SETTING
CONFERENCE; [PROPOSED] ORDER
No. CR-08-00631                              2